■ In the Matter of the Claim of PIET BOLEK, Respondent, v GEORGE TIEMAN & COMPANY et al., Appellants. WORKERS' COMPENSATION BOARD, Respondent. [627 NYS2d 175] —Appeal from a decision of the Workers' Compensation Board, filed October 27, 1992, which, *inter alia*, ruled that claimant sustained a causally related disability and awarded workers' compensation benefits.

Claimant, a surgical instrument polisher, was at work cleaning surgical instruments with muriatic acid when he became dizzy and light-headed from inhaling acid vapors. As a result, he fell to the cement floor sustaining serious injuries to his

head. We find substantial evidence in the record to support the Board's decision that the injuries to claimant's head and his posttraumatic stress syndrome were causally related to the accident. We further find that, inasmuch as neither the employer nor carrier raised it at the first hearing, the Board properly refused to address the adequacy of claimant's notice of injury. Accordingly, we decline to disturb the Board's decision.

Cardona, P. J., Mercure, White, Peters and Spain, JJ., concur. Ordered that the decision is affirmed, without costs.